IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TOREY C. SMITH**                                                            **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO. 3:19CV407-HTW-LRA**

**UNITED STATES MARSHALS
SERVICE, UNITED STATES OF
AMERICA, PRESIDENT DONALD
TRUMP and CLINTON POLICE
DEPARTMENT**                                                **DEFENDANTS**

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Torey C. Smith, *pro se*, appeared before the Court for a hearing on his Application to Proceed *In Forma Pauperis.* The Court, by a separate Order, has found Smith to be entitled to proceed in this case without the prepayment of a filing fee.

During that hearing, Smith asked the Court to dismiss President Donald Trump and the Clinton Police Department from this lawsuit.  As none of the Defendants in this case has been served with process, the undersigned recommends that these two Defendants be dismissed without prejudice.

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendations contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.   28 U.S.C.

§ 636; FED. R. CIV. P. 72(B); *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

 Respectfully submitted, this the 6th day of November, 2019.

            /s/ Linda R. Anderson
            UNITED STATES MAGISTRATE JUDGE